**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DESHAWN DAWSON on behalf of himself and all others similarly situated,

Plaintiffs,

-against-

MACKLOWE GALLERY, LTD.

Defendant.

Case No. 1:19-cv-00523-PGG
**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
June 3, 2019

By: _____
Joseph H. Mizrahi, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Fl.
Brooklyn, New York 11201
joseph@cml.legal
*Attorneys for Plaintiff*

By: _____
Carter A. Reich, Esq.
Carter Reich, PC
116 Nassau Street, Suite 631
New York, NY 10038
creich@reich.legal
*Attorneys for Defendant*

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.

Dated: June 21, 2019